AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMIE HOLLINS, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br><br>v.<br><br>PAPARAZZI, LLC,<br>*Defendant(s)* | Civil Action No. 5:22-cv-393 (LEK/ATB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    PAPARAZZI, LLC
    c/o Misty Kirby (Registered Agent)
    4771 S. Desert Color Pkwy.
    St. George, Utah 84790

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Gary E. Mason
    MASON LLP
    5101 Wisconsin Avenue NW, Suite 305
    Washington, D.C. 20016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: 4/27/2022

s/ Patsy Harvey
*Signature of Clerk or Deputy Clerk*