UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TAMIE HOLLINS, individually and on behalf  :
of all others similarly situated,          :
                 Plaintiff,             :   **ORDER**
v.                                         :
                                                      :   22 CV 4015 (VB)
PAPARAZZI, LLC,                            :
                 Defendant.             :
--------------------------------------------------------------x

      Defendant moves to transfer this case to the U.S. District Court for the District of Utah, pursuant to 28 U.S.C. § 1404(a). (Doc. #16).

      Plaintiff does not oppose the motion. (Doc. #24).

      Accordingly, defendant's motion to transfer is GRANTED.

      The Clerk is instructed to terminate the motion (Doc. #16) and to transfer this action to the U. S. District Court for the District of Utah.

Dated: August 23, 2022
       White Plains, NY

                                                  SO ORDERED:

                                                  /s/ Vincent L. Briccetti
                                                 Vincent L. Briccetti
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/22